**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 84 EAL 2019
                                                              :
                        Respondent                   :
                                                              :    Petition for Allowance of Appeal from
                                                              :    the Order of the Superior Court
          v.                                                :
                                                              :
                                                              :
JEFFREY ANDERSON,                           :
                                                              :
                        Petitioner                      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.